**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO.** |
| : | |
| **ADAN CASTILLO LOPEZ** : | |
| : | **MOTION TO SEAL** |
| and : | |
| : | |
| **JORGE AGUILAR GARCIA** : | **FILED UNDER SEAL** |
| a.k.a. "Sierra Victor" : | |
| : | |
| and : | |
| : | |
| **RUBILIO ORLANDO PALACIOS** : | |
| a.k.a. "Gato" : | |
| | |
| **Defendants**. | |

**GOVERNMENT'S MOTION TO SEAL**

Now comes the United States, by and through its attorney, and moves this Court for an order placing under seal the indictment in this case, as well as any attendant warrants for arrest, and the government's motion to seal, and the Court's order to seal. In support, the government alleges the following:

The indictment in this case is the result of a sensitive, several month-long investigation into corruption and related international narcotics trafficking activities in Colombia, South America, and in Central America. The investigation continues.

After the return of the indictment, the United States must begin efforts to arrest the defendants. The government will attempt to arrest the defendants, either without a formal extradition process, or through traditional extradition measures. In any event, public disclosure of the indictment and any attendant warrants for arrest before the defendants are arrested would

enable them to avoid arrest. Moreover, disclosure could compromise the safety of cooperating witnesses and law enforcement officers, and compromise the confidentiality of the investigation.

Therefore, the government respectfully requests that the Court grant the government's motion to seal, in order to preserve the secrecy of the case until the defendants are taken into custody. See *Washington Post v. Robinson,* 935 F.2d 282, 289 (D.C. Cir. 1991). The government also requests that it may disclose the indictment and attendant information to all persons necessary to effect the arrest and/or extradition of the defendants.

        Respectfully submitted,

        THOMAS PADDEN
        Acting Chief
        Narcotic & Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, D.C.   20530

BY:  _____
        Michael C. Mota
        Paul Laymon
        Trial Attorneys
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C. 20005