# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 05-404-01 | MAGIS. NO: |
|---|---|---|
| V.<br><br>ADAN CASTILLO LOPEZ, et, al. | | O BE ARRESTED<br><br>1 |

FILED
NOV 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| DOB: | PDID: | | |
|---|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST | |
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRING TO IMPORT FIVE KILOGRAMS OR MORE OF COCAINE INTO THE UNITED STATES;

CONSPIRACY TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE KNOWING THAT IT WOULD BE IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

ASSET FORFEITURE

### UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF:   21:952, 960, and 963; 21:959, 960, and 963; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE ALAN KAY | DATE ISSUED:<br>November 10, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>11/10/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 11/10/05 | NAME AND TITLE OF Reporting OFFICER<br>Fitzgerald, Derrick DUSM | SIGNATURE OF Reporting OFFICER |
|---|---|---|
| HIDTA   Yes ___   No  X | | OCDETF CASE:   Yes ___   No  X |
| CASE: | | |