IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-404 |
| | ) | |
| ADAN CASTILLO LOPEZ et al | ) | |

PROFFER IN SUPPORT OF DETENTION MOTION

The United States has moved to detain the three defendants in the above styled case. The United States offers the following to support detention of the three defendants.

The three defendants are federal police officers from Guatemala who took bribes from a DEA informant to safeguard shipments of cocaine that were to enter Guatemala and be transported through Guatemala to Mexico and the United States.

The SAIA is the federal law enforcement agency in Guatemala which investigates drug trafficking in Guatemala. The SAIA is the functional equivalent in Guatemala of the DEA. Adan Castillo, also known as Adan Castillo Lopez, is the head of SAIA. Jorge Aguilar is his deputy. Rubilio Orlando Palacios, a.k.a. "Gato", works for Castillo and Aguilar as the head of security at the Guatemalan port of Santo Tomas.

In July 2005, a DEA informant was asked by a drug trafficker to help move cocaine through a port in Guatemala, through Mexico, then on to the United States. The informant learned at some point that officers with the SAIA could be approached to allow cocaine to enter the port.

In early August, a DEA informant talked with Palacios, aka "Gato", who ran the police side of the port at Santo Tomas, Guatemala. Gato actually worked in the port and decided which containers were to be inspected. Gato told the informant that he and his superiors would not be in their positions much longer, so they were hoping to make as much money as possible before they left. Gato expressed interest in helping the informant to move a container (of cocaine) through the port.

On September 1, 2005, a DEA informant met with Gato in Guatemala City, Guatemala. This meeting was recorded on audio and video tape. Gato said his boss (Adan Castillo) put him at the port for them to make money. The informant talked about sending a load through the port, with the possibility of Gato seizing some of it. Gato said this would make him look good with the "gringos" (DEA) and that the gringos really trusted him. Gato said not to worry about the port because the only containers searched

were the ones he directed to be searched. Gato asked how many containers the informant would send in a month. The informant said the first load would be a test load.

At this meeting on September 1, the informant paid Gato $5000.00 in United States currency. The serial numbers of the money were recorded. The informant asked to speak to Gato's boss, Adan Castillo, so Gato called his boss and arranged a meeting. Gato said his boss was waiting nearby at a hotel. The informant and Gato then met with Adan Castillo and Jorge Aguilar near the hotel. DEA agents observed the informant and Gato greet Aguilar, then all got into a gray Ford Explorer in which Castillo was seated behind the driver's wheel. The informant talked about moving the container from the port to the border with Mexico. Castillo said they would not have their jobs much longer, but they could work together so long as they were in the port. Castillo said only he, Jorge Aguilar, and Gato would know of the plan. The CS paid Castillo and Jorge Aguilar $5000 each (in US currency). The serial numbers had previously been recorded. The informant talked about letting them seize an occasional load so they all looked good. Castillo said next time they met they would discuss the price for protection in Guatemala. This meeting was also recorded on audio and video tape.

A DEA informant phoned Castillo on September 20, 2005. Castillo said he had Gato with him and they were discussing the situation. Castillo said they could meet "today" and they agreed to meet after one half hour at the same hotel where they had met on September 1, 2005. This call was recorded. Shortly thereafter and still on September 20, the informant met Castillo and Gato in Guatemala City. The informant asked what would happen once the container left the port. Castillo replied with a question, "to Tecun Uman?" (the Guatemalan town near the border with Mexico). The informant asked "how much are you going to charge for protection?" Castillo responded, "I can give you protection" and "we can protect you from Santo Tomas (the port) to Tocun Uman for 300 ($300,000) more or less". Castillo told the informant Castillo would send a squad car to accompany the shipment. They then talked about it costing $200,000 for protection at the port and $300,000 for the trip to the border. The informant said the load would cross the border into Mexico for "gringolandia". Castillo said "once you arrive to the town of Tecun Uman we will disappear". The informant then replied "exactly, there it becomes our problem". Gato asked "That product is going to cross over into Mexico?" The informant responded "yes, we will take it across to Mexico, until it arrives in the United States. Once it arrives in the United States it is a whole different situation". This meeting was audio and video taped, and generally observed by law enforcement agents.

On November 7, 2005, a DEA informant met with Castillo and Jorge Aguilar in a public place in Guatemala. The meeting was video taped and observed by DEA agents, who were nearby. The informant paid Castillo $10,000 in US currency to allow containers of cocaine to move through the port and onto the town of Tecun Uman, near the Mexican border. The informant, Castillo, and Jorge Aguilar discussed a plan in which the informant would arrange for 2000 kilograms of cocaine to be shipped into Guatemala, and then an additional 2000 kilograms to be shipped into Guatemala after the initial load. These two shipments would be followed by a 300 or 500 kilogram shipment which Castillo and Aguilar would be allowed to seize to show that they were making

meaningful seizures.  The informant, Castillo, and Aguilar discussed how much and how Castillo and Aguilar would be paid for their services.

    On November 10, 2005, a federal Grand Jury in Washington, DC returned a two count indictment against Castillo, Aguilar, and Palacios.  They were each charged with conspiring to import five kilograms or more of cocaine into the United States from Guatemala.  Arrest warrants were issued for the three.

    On November 14, 2005, Castillo and Aguilar flew to the United States, ostensibly to attend port security training.  Palacios, a.k.a. Gato, arrived in the United States from Guatemala on November 15, 2005.  On November 15, all three were arrested by agents with the DEA.  Aguilar and Palacios had in their possession United States currency that had been paid to them by a DEA informant.

                                        Respectfully submitted,

                                        Paul W. Laymon
                                        Trial Attorney
                                        Narcotic and Dangerous Section
                                        1400 New York Ave NW
                                        Washington, DC  20005
                                        202-514-1286

On November 17, 2005, a copy of this motion was faxed to Elita C. Amato, Eduardo Balarezo, and Rita Bosworth, defense counsel.

                                        Paul W. Laymon