UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05- 404(RMC) |
| ) | |
| AGUILAR, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On January 25 2006, a status conference was held in the above-captioned action. Counsel for each defendant made an oral motion to transfer their client from the D.C. Jail to C.T.F, which this Court granted. The defendants in this matter are Mr. Adan Castillo Aguilar, a.k.a. Adan Castillo Lopez, Reg. No. 28321-016; Mr. Jorge Aguilar Garcia, a.k.a. Sierra Victor, Reg. No. 28322-016; and Mr. Rubilio Orlando Palacios, Reg. No. 28323-016. Accordingly, the Court hereby recommends to the Warden of the D.C. Jail that each defendant be transferred to C.T.F. pending trial in this matter.

**SO ORDERED**.

Date: February 8, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge