## TRAVEL AUTHORIZATION

**Authorized Traveler:**     Ronald Sandoval

**Case Name and Number:**     U.S. v. Adan Castillo, cr-05-404 (RMC)

**Authorized Travel Dates:**     March 19th, 2006 – March 25th, 2006

**Purpose of Travel:**     Investigation

**FILED**

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above described trip in connection with your providing representation and investigative services under the Criminal Justice Act.

    You are authorized to contact Omega World Travel (Omega) at (866) 450-0401 or by e-mail at AOUSC@owt.net to request reservations for airline tickets, hotel accommodations, and car rentals. You must provide Omega with your case name and number and must identify yourself as a CJA investigator of Washington, D.C. and advise Omega that your tickets are to be charged to the Court's account. You may instruct Omega where to deliver the tickets.

    Please facsimile your signed travel authorization letter and travel itinerary to the CJA office at (202) 501-3829 in advance of travel to ensure authorization. The internal accounting control number for this trip is D.C. CJA FPD.

**SO ORDERED**
~~Sincerely yours,~~

*/s/ Rosemary M. Collyer*

Rosemary M. Collyer
United States District Court Judge

10 March 2006