IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 05-404 (RMC) |
| v. : | |
| : | |
| ADAN CASTILLO, et al : | |

### CASTILLO'S MOTION TO JOIN, ADOPT AND CONFORM CERTAIN MOTIONS FILED BY CO-DEFENDANTS

*COMES NOW,* Adan Castillo, the defendant, through undersigned counsel, and respectfully moves this Honorable Court permit him to join, adopt and conform any co-defendant motions which may also apply to him.  Specifically, at this juncture Mr. Castillo respectfully requests to join the following motions filed by co-defendant Jorge Aguilar Garcia:  Motion for Identity of Informant (paper 32), Motion for Pre-Trial Determination of Conspiracy (paper 33), Motion for Disclosure of Statements of Co-Conspirator and Co-Defendants (paper 34), Motion to Dismiss Case (paper 35), Motion for Disclosure of Evidence Subject to Suppression (paper 36), and Motion for 404(b) Evidence (paper 37). Both Mr. Castillo and Mr. Aguilar are similarly situated and have the same arguments to raise in these motions, therefore the granting of this motion will conserve judicial resources.

*WHEREFORE*, for all above reasons, Mr. Castillo moves this Honorable Court grant relief consistent with his instant motion.

Respectfully submitted,

Elita C Amato (Bar Nº 442797)
1211 Conn. Ave., N.W.,
Suite 400
Washington DC 20036
202.223.3210

**CERTIFICATE OF SERVICE**

    **I CERTIFY** that the above motion was filed electronically on June 13, 2006, hence service was made electronically on all parties in this case.

                                                                _____
                                                                 Elita C. Amato