THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 05-404 (RMC) |
| ) | |
| ADAN CASTILLO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# ORDER

Upon consideration of Defendant Adan Castillo's *Motion to Join and Adopt Certain Motions filed by Co-Defendants*, any response therein, it is this _____ day of _____, 2006, hereby

**ORDERED** that defendant Adan Castillo's Motion is **GRANTED**.

**SO ORDERED**.


Date:

_____
ROSEMARY M. COLLYER
United States District Judge