THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 05-404 (RMC) |
| ) | |
| ADAN CASTILLO ) | |
| ) | |
|   Defendant. ) | |
| _____ ) | |

## MOTION TO ENLARGE TIME IN WHICH TO FILE MOTIONS AND MEMORANDUM OF POINTS AND AUTHORITIES

Adan Castillo through undersigned counsel, respectfully moves this Court pursuant Rule 45(b) of the Federal Rules of Criminal Procedure to enlarge the time by which to file a motions in this case by one day.

Motions were to be filed yesterday, June 12, 1006. Undersigned seeks to file all motions today, June 13, 2006, one day after the deadline. The government informed undersigned that they do not oppose the filing of Mr. Castillo's motion one day late. The only motion of substance different from that already filed by co-defendant Aguilar is defendant Castillo's motion to suppress statements. The government is not prejudiced by the late filing of one day, as it would be expected for the defendant to file such a motion to suppress statements, there are no novel issues or legal doctrine to said motion and the government has ample opportunity to respond to such motion in a timely manner.

**WHEREFORE**, Mr. Castillo, respectfully requests the Court enlarge the time by one day in which to file motions.

Respectfully submitted,

_____
Elita C. Amato
Counsel to ADAN CASTILLO
D. C. Bar # 442797
1211 Conn. Ave., N.W.,
Suite 400
Washington, D.C.  20036
(202) 223-3210

**CERTIFICATE OF SERVICE**

**I CERTIFY** that the above motion was filed electronically on June 13, 2006, hence service was made electronically on all parties in this case.

_____
**Elita C. Amato, Esq.**