THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 05-404 (RMC) |
| ) | |
| ADAN CASTILLO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

# ORDER

Upon consideration of Defendant Adan T. Castillo's *Motion to Enlarge Time in Which to File Motions And Memorandum of Points and Authorities*, there being no opposition therein, it is this _____ day of _____, 2006, hereby

**ORDERED** that defendant Adan T. Castillo's Motion is granted; and it is further

**ORDERED** that Mr. Castillo shall be permitted to file motions on June 13, 2006, one day after the deadline in which to file all motions.

**SO ORDERED**.

Date:

_____
ROSEMARY M. COLLYER
United States District Judge