THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 05-404 (RMC) |
| ) | |
| ADAN CASTILLO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Upon consideration of Defendant Adan Castillo's *Motion to Suppress Statements and Memorandum of Points and Authorities*, any opposition therein, and the record from a full hearing, it is this _____ day of _____, 2006, hereby

**ORDERED** that defendant Adan Castillo's Motion is granted; and it is further

**ORDERED** that the government is precluded from introducing any statements of Mr. Adan Castillo made at, during or after his arrest.

**SO ORDERED**.

Date:

_____
ROSEMARY M. COLLYER
United States District Judge