## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CASE NO.  05-404** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ADAN CASTILLO** | **:** | |

### SUPPLEMENTAL NOTICE OF 404(b) EVIDENCE

**COMES NOW** the United States of America, by and through the undersigned attorney, and gives supplemental notice of its intention to use certain evidence in its case in chief pursuant to Federal Rule of Evidence 404 (b).  In support thereof, the Government states the following:

The government previously has noted that it intends to offer evidence of drugs and cash found in the office of Defendant Adan Castillo in Guatemala City, Guatemala on or about November 16, 2005.  The government may also seek to introduce (1) evidence of firearms and grenades found in Defendant Castillo's office, and (2) evidence of the seizure of 997 kilos of cocaine in the Port of Santo Tomas, Guatemala on or about November 15, 2005.

Federal Rule of Evidence 404(b) allows for the admission of "other crimes, wrongs, or acts" to prove "motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident."  Federal courts in the U.S. have admitted evidence of large amounts of cash or the presence of firearms as "tools of the trade" of narcotics trafficking.  *United States v. Payne,* 805 F.2d 1062 (D.C. Cir. 1986); *United States v. Gibbs,* 904 F.2d 52 (D.C. Cir. 1990); *United States v. Ramirez,* 45 F.3d 1096 (7th Cir. 1995)*; United States v. Hardwell,* 80 F.3d 1471 (10th Cir. 1996)*; United States v. Mendoza-Salgado*, 964 F.2d 993 (10th Cir. 1992).

Therefore, evidence that the defendant kept firearms or grenades in his office, without authorization and at the same time that he was arrested in the present case, is proof of motive,

intent, or absence of mistake or accident.  It is also particularly relevant to his defense that he

acted under legal public authority while committing the offenses charged.

Moreover, the government intends to link Defendants Castillo and Aguilar to the seizure

of 997 kilos of cocaine in Guatemala on or about November 15, 2006.  Such evidence also is

relevant to any defense that the offenses committed in this case occurred while in the

performance of official, public duties.


Respectfully submitted,

KENNETH BLANCO
Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.   20005


by:  _____

     Michael Mota
     Paul Laymon
     Trial Attorneys
     Narcotic and Dangerous Drug Section
     U.S. Department of Justice
     Washington, D.C.

     202-514-5540