UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 05-404 |
| | : | |
| v. | : | |
| | : | |
| ADAN CASTILLO | : | |

**GOVERNMENT'S SUPPLEMENTAL VOIR DIRE QUESTIONS**

Now comes the United States, by and through its attorney, and respectfully submits the following additional questions for the jurors to be impaneled in the above-captioned case.

**USE OF INFORMANTS**

The government used informants in this case.  Does anyone believe that the government should never use informants in a criminal or drug investigation?

The government has paid the informants in this case.  Does anyone believe that the government should never pay informants as part of a drug investigation?

**SPANISH**

Does anyone here speak or understand Spanish?

(If yes) How well?

(If yes) Do you understand that you must rely on the Court's translations or interpretations of any Spanish testimony or documents?

**TRAVEL TO LATIN AMERICA**

Has anyone here ever traveled to or lived in Mexico, Central or South America?

(If yes) When?  For how long?

The government alleges that certain events in this case took place in Central America.

(If yes) Is there anything about your experience in the region that would make it difficult for you to be fair and impartial in this case?

These questions are relevant to the selection of an impartial panel. The government therefore requests that the panel be asked these questions, and that counsel be allowed to follow up as necessary.

Respectfully submitted,

KENNETH BLANCO
Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.   20005


by: _____
    Michael Mota
    Paul Laymon
    Trial Attorneys
    Narcotic and Dangerous Drug Section
    U.S. Department of Justice
    Washington, D.C.

    202-514-5540