THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 05-404 (RMC) |
| ) | |
| ADAN CASTILLO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO PUSH BACK THE TRIAL DATE BY TWO DAYS[1]

Adan Castillo through undersigned counsel, respectfully moves this Court continue commencement of the trial of September 5, 2006, to Thursday September 7, 2006.  In an interesting turn of events, the defendant that undersigned represents before the United States District Court for the District of Maryland, Greenbelt, may enter a guilty plea on September 1, 2006, thereby, considerably freeing up undersigned's otherwise congested schedule.  Undersigned would no longer have scheduled on her calendar the September 19, 2006, trial in Greenbelt.

Undersigned understands that this Honorable Court sought to schedule a hearing on co-defendant Aguilar's motion regarding the audibility of the recordings and the use of the accompanying transcripts.[2]  As Aquilar's counsel was unavailable this week, such

---

[1] This motion is conditioned on the plea of undersigned's client in case DKC 05-0393, scheduled to take place on September 1, 2006.
[2] Mr. Castillo joins said motion if he had not already done so.

a hearing has not been scheduled.  If the trial is pushed back until Thursday, such hearing could be conducted on Tuesday, September 5, 2006.[3]

Undersigned has spoken with all parties[4] in this case regarding their position to this motion.  The government does not oppose the request.  Mr. Balarezo on behalf of co-defendant Aquilar objects to the motion.

As an alternative to the above request, undersigned requests that only jury selection be conducted on Tuesday, the original trial date and openings and evidence commence on Thursday.  As undersigned has had to commit more time this week than anticipated to the Greenbelt case in preparation of the plea, undersigned would benefit greatly on her client's behalf in this case to push back the trial date to Thursday.  This would in essence give undersigned an additional much needed day to prepare for trial.

*WHEREFORE*, Mr. Castillo, respectfully requests the Court grant this motion and continue the currently scheduled trial date of September 5, 2006, to September 7, 2006, or in the alternative conduct jury selection only on September 5, 2006, and commence openings and evidence on September 7, 2006.

---

[3] Through discussions with the government it is anticipated that the hearing might be lengthy due to the need to review the recordings in open court.
[4] Mr. Virgilio, counsel for co-defendant Palacios, was advised of undersigned's intent to file this motion. As his client is not proceeding to trial in September, the motion is of no consequence to his client.

3

        Respectfully submitted,

_____
Elita C. Amato
Counsel to ADAN CASTILLO
D. C. Bar # 442797
1211 Conn. Ave., N.W.,
Suite 400
Washington, D.C.  20036
(202) 223-3210

## CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on August 30, 2006, thereby causing service electronically on all parties in this case.

_____
**Elita C. Amato, Esq.**

3