THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| **v.** ) | **Criminal No. 05-404 (RMC)** |
| ) | |
| **ADAN CASTILLO** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## **ORDER**

Upon consideration of Defendant's Motion To Push Back the Trial Date By Two Days, and any opposition, it is this _____ day of _____, 2006, hereby

**ORDERED** that defendant Adan Castillo's motion is granted; and it is further

**ORDERED** that the trial shall commence on September 7, 2006;

**SO ORDERED**.

Date:

_____
ROSEMARY M. COLLYER
JUDGE UNITED STATES DISTRICT COURT