```
          THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **UNITED STATES**           ) | |
|                       ) | |
|    v.           ) | Criminal No. 05-404 (RMC) |
|                       ) | |
| **ADAN CASTILLO**           ) | |
|                       ) | |
|    Defendant.    ) | |
| _____ ) | |

<u>MOTION IN LIMINE</u>

    NOW COMES the Defendant, ADAN CASTILLO, by and through his attorney Elita C. Amato, and in support of his Motion in Limine, states as follows:

    1. That the Government intends to introduce into evidence at trial in the above matter certain English translations of documents and video/audio recordings in Spanish.

    2. That said translations done by interpreters, contains various and numerous comments and editorials therein by the translator.

    3. That the introduction of said comments and editorials contained in said translations, into evidence, at trial will cause undue prejudice, delay, and confusion to all Defendants including Adan Castillo, in that:

    a. The translations contain unsubstantiated, unverified hearsay.

    b. The translations contain impermissible conclusions of law and fact.

WHEREFORE, your Defendant, Adan Castillo, prays this Honorable Court;

a. Prohibit the Government from introducing said comments and editorials contained in the translations of the aforesaid evidence, into evidence at the trial of this matter.

b. And for such other and further relief as the nature of his cause may require.

Respectfully submitted,

_____
Elita C. Amato
Counsel to ADAN CASTILLO
D. C. Bar # 442797
1211 Conn. Ave., N.W.,
Suite 400
Washington, D.C.  20036
(202) 223-3210


**CERTIFICATE OF SERVICE**

**I CERTIFY** that the above motion was filed electronically on August 31, 2006, hence service was made electronically on all parties in this case.

_____
**Elita C. Amato, Esq.**

2