THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | **Criminal No. 05-404 (RMC)** |
| ) | |
| **ADAN CASTILLO** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration of Defendant ADAN CASTILLO'S Motion in Limine, it is this \_\_\_\_\_ day of _____, 2006, hereby;

ORDERED that any translation of evidence from Spanish to English sought to be introduced by the Government in their case in chief shall be done without comments, footnotes, and/or editorials of the translator.

Date:

_____
ROSEMARY M. COLLYER
JUDGE UNITED STATES DISTRICT COURT