UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal Action No. 05-404(RMC) |
| ) | |
| JORGE AGUILAR GARCIA, et al. ) | |
| ) | |
| Defendants.               ) | |

## ORDER

The Government filed a "Motion for Appropriate Relief" [Dkt # 85] indicating that an undercover Drug Enforcement Administration informant will testify in this case. It is believed that narcotics traffickers may attend the trial, attempting to identify the Government's informant. The Court finds that additional security is needed for a portion of the trial, and thus the Government's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that from Thursday September 7, 2006 through Wednesday September 13, 2006, the U.S. Marshal shall provide additional security as follows: those individuals entering the courtroom from the public hallway shall be required to present valid personal photo identification, together with any additional identifying information requested by law enforcement; shall be required to sign a log book; and shall be required to go through a magnetometer to be located outside the courtroom doors.

**SO ORDERED**.

Date: September 1, 2006                                    /s/
                                                          _____
                                                          ROSEMARY M. COLLYER
                                                          United States District Judge