UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Case No. 05-CR-404(2) (RMC) |
| *v.* : | |
| : | |
| **JORGE AGUILAR** : | |

### O R D E R

Upon consideration of Defendant Aguilar's Motion to Adopt Co-Defendant's Motion in Limine, and any opposition thereto, it is this ___ day of_____ 2006, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**