**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Case No. 05-CR-404(2) (RMC)** |
| *v.* | : | |
| | : | |
| **JORGE AGUILAR** | : | |

## O R D E R

Upon consideration of Defendant Aguilar's Motion to Adopt Co-Defendant's

Opposition to Government's Intent to Introduce 404(b), and any opposition thereto, it is this ____

day of_____ 2006, hereby

ORDERED, that the Defendant's Motion shall be and hereby is **GRANTED**.

.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**