UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Adan Castillo ~~Lopez~~ Aguilar

Criminal No. 05-404-01

**WAIVER OF TRIAL BY JURY**

FILED
SEP - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, [defendant] waives his/her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

APPROVED:

_____
United States District Judge

Dated: 7 Sept 2006