THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>v.   )<br>)<br>ADAN CASTILLO )<br>)<br>Defendant.  )<br>_____ ) | Criminal No. 05-404 (RMC) |

## MOTION TO ENLARGE TIME IN WHICH TO FILE RECEIPT AND ACKNOWLEDGMENT

Adan Castillo through undersigned counsel, respectfully moves this Court for an extension of time to file the Receipt and Acknowledgment to the Pre-Sentence Investigation Report ("PSI"). In support of this motion, Castillo states the following:

1.  Upon information and belief the initial PSI has been completed and Castillo has until December 26, 2006, to file the Receipt and Acknowledgement to the PSI to the Probation Office.

2.  Undersigned has not yet obtained the PSI.

3.  Since last week, undersigned has been "under the weather." After seeing a second doctor, it was determined that undersigned had strep throat. Undersigned therefore, did not work on Monday and Tuesday of this week. Since coming back to work, she has been catching up on all matters.

4.  Castillo respectfully requests until January 4, 2007, to submit any material inaccuracies or disputes to the probation office. Sentencing is not scheduled until January 19, 2007, and the PSI report will have no effect on the actual sentence imposed

in this case, as the Court accepted an 11(cc)(1)(C) plea with a set time frame. The additional time requested would not prejudice any party or the Probation Office.

5. Undersigned attempted to contact DOJ attorney Paul Laymon regarding the government's position to this request. However, based on an auto-e-mail response, it appears that DOJ attorney Laymon is out of the office.

*WHEREFORE*, for these reasons and any others the Court deems relevant, Castillo, respectfully requests this Honorable Court enlarge until December 4, 2007, the time by which Castillo shall submit the Receipt and Acknowledgement to the Probation Office.

                                                  Respectfully submitted,

                                                  Elita C. Amato
                                                  Counsel to ADAN CASTILLO
                                                  D. C. Bar # 442797
                                                  1211 Conn. Ave., N.W.,
                                                  Suite 400
                                                  Washington, D.C.  20036
                                                  (202) 223-3210

### CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on December 21, 2006, hence service was made electronically on all parties in this case.

                                                  **Elita C. Amato, Esq.**