THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v.  ) | Criminal No. 05-404 (RMC) |
| ) | |
| ADAN CASTILLO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Upon consideration of Defendant Motion For Enlargement of Time to File Receipt and Acknowledgment to PSI, any responses, it is this _____ day of _____, 2006, hereby;

**ORDERED** that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED** that the Defendant have until January 4, 2007, to file the Receipt and Acknowledgment to the Pre-Sentence Investigation Report.

Date:

_____
ROSEMARY M. COLLYER
JUDGE UNITED STATES DISTRICT COURT