# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal Action No. 05-404 (RMC)** |
| ) | |
| **ADAN CASTILLO AGUILAR,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Before the Court is Defendant Adan Castillo Aguilar's motion for an extension of time to file a receipt and acknowledgment to the Pre-Sentence Investigation Report.  Currently, Defendant must file the receipt an acknowledgment by December 26, 2006.  Good cause appearing, it is hereby

**ORDERED** that Defendant motion is **GRANTED**; Defendant shall file his receipt and acknowledgment to the Pre-Sentence Investigation Report no later than January 4, 2007.  **IT IS FURTHER ORDERED** that Defendant shall notify the Probation Office that the Court has granted the foregoing extension.

**SO ORDERED**.

Date: December 22, 2006

_____/s/_____

ROSEMARY M. COLLYER
United States District Judge