THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v.    ) | Criminal No. 05-404 (RMC) |
| ) | |
| ADAN CASTILLO-AQUILAR  ) | |
| ) | |
| Defendant.  ) | |
| _____  ) | |

## MOTION TO AMEND JUDGMENT AND COMMITMENT ORDER

Adan Castillo-Aquilar through undersigned counsel, respectfully moves this Court amend his judgment to recommend he be housed in a minimum security facility. The following is in support of said motion:

Mr. Castillo-Aquilar was sentenced on the same day as his co-defendant Jorge Aguilar Garcia. Both men received the same sentence of 120 months as to count two of the indictment. Both men are equally situated in all most all respects. This Honorable Court, upon request of the defendant recommended that Mr. Castillo-Lopez be housed in Northern, California and if possible that he be housed at the same facility as his co-defendant, Jorge Aquilar Garcia. These two recommendations were included in the Imprisonment section of the judgment and commitment order ("Judgment"). However, it has recently come to undersigned counsel's attention that the Court also recommended in the co-defendant's judgment and commitment order ("co-defendant's Judgment) that he be housed at a *minimum security facility*. This recommendations was not included in Mr. Castillo-Lopez's Judgment. Mr. Castillo-Lopez now moves this court amend his Judgment to include the same language as that included in his co-defendant's Judgment.

2

As they are both equally situated and as the court has otherwise recommended that both be housed together, it would likewise follow that both should be recommended for a *minimum security facility*.

Undersigned left a telephonic message with the government regarding this motion.

**WHEREFORE**, Mr. Castillo, respectfully requests the Court amend his Judgment to include the recommendation that he be housed at a *minimum security facility* in Northern, California.

Respectfully submitted,

_____
Elita C. Amato
Counsel to ADAN CASTILLO
D. C. Bar # 442797
1211 Conn. Ave., N.W.,
Suite 400
Washington, D.C. 20036
(202) 223-3210

### CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on March 9, 2007, hence service was made electronically on all parties in this case.

_____
**Elita C. Amato, Esq.**