THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | **Criminal No. 05-404 (RMC)** |
| | ) | |
| ADAN CASTILLO-AQUILAR | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Defendant's Motion To Amend Judgment and

Commitment Order, and any responses, it is this _____ day of _____, 2007,

hereby;

**ORDERED** that the Defendant's Motion shall be and hereby is **GRANTED**; and

it is further

**ORDERED** that the Defendant's Judgment and Commitment Order be modified

to include the following language:  the Court recommends that the defendant be housed at

a minimum security facility in Northern, California.

Date:

_____
ROSEMARY M. COLLYER
JUDGE UNITED STATES DISTRICT COURT